# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND,

-v-

Kingsbride Heights Rehabiligation Care Center
**Defendant**

Case No. 

**Rule 7.1 Statement**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>All Plaintiffs</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: November 1, 2007

**Signature of Attorney**
Hanan Kolko
**Attorney Bar Code:** HK 1307

90293

Index No.                                                                                          Year 20
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND,

                                            Plaintiff,

                        vs.

KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER

                                            Defendant.

---

## Rule 7.1 Statement

---

### MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

*Attorneys for* Plaintiff

Office and Post Office Address
One Commerce Plaza
Suite 1705
Albany, New York  12260
518-465-5551

---

This paper is signed pursuant to 22 NYCRR 130-1.1-a.

Dated: November 2, 2007           Signature: _____

                                     Print Signer's
                                       Name: _____

---

To:

Attorney(s) for

---

Service of a copy of the within
is hereby admitted.
Dated:                      20

_____
*Attorney(s) for*