UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND,

                    Plaintiffs,

-against-

KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER,

                    Defendant.

------------------------------------------------------------- X

INDEX NO.
07-CV-9744

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Kingsbridge Heights Care Center, Inc., d/b/a Kingsbridge Heights Rehabilitation and Care Center (the "Center") in the above-captioned matter certifies that the Center does not have corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       November 28, 2007

                    Respectfully submitted,

                    McDERMOTT WILL & EMERY LLP

By: _____
    Joel E. Cohen (JEC 5312)
    Nadine M. Gomes Williams (NW 3319)

340 Madison Avenue
New York, New York 10017
(212) 547-5400

Attorneys for Defendant
Kingsbridge Heights Rehabilitation Care Center

NYK 1133612-1.057806.0011