**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

COUNSELORS AT LAW

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

HANAN B. KOLKO
DIRECT DIAL: 212-763-7017
E-MAIL: HKOLKO@MSEK.COM

**MEMO ENDORSED**

March 18, 2008


RECEIVED MAR 19 2008 CHAMBERS OF DENISE COTE

Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re: Trustees of the 1199/SEIU Greater New York Benefit Fund et al. v.
Kingsbridge Heights Rehabilitation Care Center
Case No. 07-cv-09744-DLC

Dear Judge Cote:

We represent Plaintiffs in the above matter and write with regard to the preliminary conference now set for April 11, 2008. I have a long standing family vacation overseas that is set to begin that day so I am unable to attend that conference. However, I propose holding the initial conference on April 9.

On March 13, 2008, I received an email from Joel Cohen, of the firm McDermott Will and Emery, stating that he would no longer be representing defendant and directing all inquiries concerning pending and future matters to Helen Sieger, the owner of Defendant. The Jasinki and Williams firm has taken over the representation of defendant in one matter pending before the National Labor Relations Board, and, for that reason, although the docket does not reflect a substitution of counsel, I have copied Mr. Jasinski on this letter.

Thank you for your consideration of this request.

Very truly yours,

Hanan B. Kolko

HBK:dmh

cc: Nadine Gomez Williams, Esq. (w/encl.)
David Jasinski (w/encl.)
Helen Sieger (w/encl.)

93623

*[Handwritten endorsement:]* Conference is adjourned to April 9, 2008 at 9:30 a.m.

*Denise Cote*
March 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08