UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND,

Plaintiffs,

-against-

KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER,

Defendant.

-------------------------------------------------------------- X

INDEX NO.
07-CV-9744 (DLC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, between the undersigned, that the firm of Jasinski and Williams P.C. shall be, and hereby is, substituted as counsel for defendant Kingsbridge Heights Rehabilitation Care Center in place of the firm of McDermott Will & Emery LLP.

Dated: March 19, 2008
New York, New York

Withdrawing Attorney:

McDERMOTT WILL & EMERY LLP

_____
Joel E. Cohen
340 Madison Avenue
New York, New York 10173
(212) 547-5400

Superseding Attorney:

JASINSKI & WILLIAMS, P.C.

_____
David F. Jasinski
Ten Park Place, 8th Floor
Newark, New Jersey 07102
(973) 824-9700

SO ORDERED:

_____
The Honorable Denise Cote, U.S.D.J.

March 31, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08