UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND,<br><br>                    Plaintiffs,<br><br>   v.<br><br>KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER,<br><br>                    Defendant. | 07-CIV-09744 (DLC)<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL<br><br>(Document Electronically Filed) |

To the Clerk of this Court and all parties of record:

     Notice is hereby given of the entry of the undersigned, duly admitted to practice in this Court, as lead counsel and attorney to be noticed for Defendant Kingsbridge Heights Rehabilitation Care Center in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

                    Alexander Tovitz, Esq.
                    Jasinski and Williams, P.C.
                    Ten Park Place, 8th Floor
                    Newark, New Jersey 07102
                    T: 973-824-9700
                    F: 973-824-6061
                    alext@jplawfirm.com

Dated: April 3, 2008                    /s/ Alexander Tovitz
                                        _____
                                        ALEXANDER TOVITZ, ESQ. (AT 7834)

                                        JASINSKI AND WILLIAMS, P.C.
                                        *Attorneys for Defendant*
                                        Ten Park Place, 8th Floor
                                        Newark, New Jersey  07102
                                        T: (973) 824-9700
                                        F: (973) 824-6061