UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YHORK CHILD CARE FUND,L TRUSTEES OF THE 1199/SEIU NEW YORK JOB SECURITY FUND and THE TRUSTEES OF THE 1199/SEIU  GTREATER NEW YORK WORKER PARTICIPATION FUND, | 07-CV 9744 (DLC)<br><br>NOTICE OF APPEARANCE<br><br>(Document Electronically filed) |

       - Plaintiffs,

  - against -

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

       - Defendant
-----------------------------------------------------------

To the Clerk of this Court and all parties of record:

    Notice is hereby given of the entry of the undersigned, duly admitted to practice in this Court, as lead counsel and attorney to be noticed for Defendant Kingsbridge Heights Care Center, Inc., incorrectly sued herein as "Kingsbridge Heights Rehabilitation Care Center" in the above–entitled action.  Pursuant to F.R.C.P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

        Paul M. Sod
        337R Central Avenue
        Lawrence, New York 11559
        T: (516) 295-0707
        F: (516) 295-0722
        paulmsod@gmail.com

Dated: Lawrence, New York
April 9, 2008

                __*s/ Paul M. Sod*_____
                Paul M. Sod (PS-9170)
                337R Central Avenue
                Lawrence, New York 11559
                T: (516) 295-0707
                F: (516) 295-0722