UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X
TRUSTEES OF THE 1199/SEIU GREATER NEW :
YORK BENEFIT FUND, TRUSTEES OF THE :   07 CIV. 9744 (DLC) (THK)*
1199/SEIU GREATER NEW YORK PENSION FUND, :
TRUSTEES OF THE 1199/SEIU GREATER NEW :   ORDER OF
YORK EDUCATION FUND, TRUSTEES OF THE :   REFERENCE TO A
1199/SEIU GREATER NEW YORK CHILD CARE :   MAGISTRATE JUDGE
FUND, TRUSTEES OF THE 1199/SEIU GREATER :
NEW YORK JOB SECURITY FUND, and THE :
TRUSTEES OF THE 1199/SEIU GREATER NEW :
YORK WORKER PARTICIPATION FUND, :

                       Plaintiffs, :
         -v- :

KINGSBRIDGE HEIGHTS REHABILITATION CARE :
CENTER, :

                      Defendant. :
------------------------------------------------------------- -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
              April 9, 2008

                                                               _____
                                                               DENISE COTE
                                                          United States District Judge