```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
TRUSTEES OF THE 1199/SEIU GREATER NEW      :   07 CIV. 9744 (DLC)
YORK BENEFIT FUND, TRUSTEES OF THE         :
1199/SEIU GREATER NEW YORK PENSION         :   PRETRIAL
FUND, TRUSTEES OF THE 1199/SEIU GREATER    :   SCHEDULING ORDER
NEW YORK EDUCATION FUND, TRUSTEES OF       :
THE 1199/SEIU GREATER NEW YORK CHILD       :
CARE FUND, TRUSTEES OF THE 1199/SEIU       :
GREATER NEW YORK JOB SECURITY FUND, and    :
THE TRUSTEES OF THE 1199/SEIU GREATER      :
NEW YORK WORKER PARTICIPATION FUND,        :
                                           :
                    Plaintiffs,            :
                                           :
         -v-                               :
                                           :
KINGSBRIDGE HEIGHTS REHABILITATION CARE    :
CENTER,                                    :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on April 9, 2008, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

1.   The parties are instructed to contact the chambers of
     Magistrate Judge Katz prior to **April 11, 2008** in order to
     pursue settlement discussions under his supervision.

2.   Defendant's letter on subject matter jurisdiction shall be
     due by **May 2, 2008**. Plaintiffs' letter on subject matter
     jurisdiction shall be due by **May 9**; Defendant's reply shall
     be due **May 16**.

3.   All fact discovery shall be completed by **July 25, 2008**.

4.   The following motion will be served by the dates indicated
     below.

     Any summary judgment motion

     -    Motion served by **August 15, 2008**
     -    Opposition served by **September 5, 2008**
     -    Reply served by **September 12, 2008**

1

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 9, 2008

                                   _____
                                   DENISE COTE
                                   United States District Judge