UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER, <br><br>　　　　　　　　　　Defendant. | 07-CIV-09744 (DLC) <br><br> NOTICE OF WITHDRAWAL OF COUNSEL <br><br> (Document Electronically Filed) |

To the Clerk of this Court and all parties of record:

　　Notice is hereby given of the withdrawal of the undersigned, as counsel and attorney for Defendant Kingsbridge Heights Rehabilitation Care Center in the above-entitled action.

Dated: April 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Alexander Tovitz
　　　　　　　　　　　　　　　　　　　　　　　　ALEXANDER TOVITZ, ESQ. (AT 7834)

　　　　　　　　　　　　　　　　　　　　　　　　JASINSKI AND WILLIAMS, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Ten Park Place, 8th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey  07102
　　　　　　　　　　　　　　　　　　　　　　　　T: (973) 824-9700
　　　　　　　　　　　　　　　　　　　　　　　　F: (973) 824-6061