UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER, <br><br> Defendant. | 07-CIV-09744 (DLC) <br><br> **CERTIFICATION OF FILING AND SERVICE** <br><br> (Document Electronically Filed) |

Alexander Tovitz, hereby certifies as follows:

1. I am an attorney admitted to practice in the state of New York and associated with the firm of Jasinski and Williams, P.C., withdrawing counsel for Defendant Kingsbridge Heights Rehabilitation Care Center ("Defendant") in this matter.

2. On April 10, 2008, I caused to be filed with the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, New York, NY 10007 Defendant's Notice of Withdrawal of Counsel and Certification of Filing and Service via Electronic Court Filing.

3. On April 10, 2008, I caused a copy of each of the above documents to be served on Hanan B. Kolko, Esq., attorney for Plaintiffs at Meyer, Suozzi, English & Klein, P.C., 1350 Broadway, Suite 501, New York, NY 10018 via Electronic Court Filing.

4. On April 10, 2008, I caused a copy of each of the above documents to be served on Paul M. Sod, Esq., counsel for Defendant at the Law Offices of Paul M. Sod, 337 Central Avenue, Lawrence, New York 11559, facsimile: 516-295-0722 via Facsimile.

\* \* \*

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 10, 2008

/S/ *Alexander Tovitz*
ALEXANDER TOVITZ, ESQ. (AT 7834)

JASINSKI AND WILLIAMS, P.C.
Ten Park Place, 8th Floor
Newark, New Jersey 07102
T: (973) 824-9700
F: (973) 824-6061