# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Joel E. Cohen
Attorney at Law
jcohen@mwe.com
212.547.5566

February 28, 2006

**VIA FACSIMILE**
Irwin Bluestein, Esq.
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, New York  10018

Re:   Resort and Kingsbridge

Dear Irwin:

Helen Sieger would like to review the trust agreements for the 1199 funds. She is also waiting for the list of 1199 employees (and their nursing homes) who have used the child care fund, which was promised at our meeting last week.

Finally, this is to reiterate that both Resort and Kingsbridge are willing to sign an interim agreement on welfare benefits so that employees can be assured of receiving their 1199 health benefits.

Very truly yours,

Joel E. Cohen

U.S. practice conducted through McDermott Will & Emery LLP.
540 Madison Avenue  New York, New York  10017-4613   Telephone: 212.547.5400   Facsimile: 212.547.5444   www.mwe.com
NYK 1024444-1.063870.0011