UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU NEW YORK JOB SECURITY FUND and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND,

INDEX NO.
07-CV-9744

**NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiffs,

- against -

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

Defendant
----------------------------------------------------------------------X

PLEASE TAKE NOTICE that the firm of Collazo, Carling and Mish shall be, and hereby is, substituted as counsel for defendant Kingsbridge Heights Rehabilitation Care Center in place of the firm of the undersigned.

Dated: June 20, 2008
       Lawrence, New York

_____
Paul M. Sod (PS-9170)
Attorney for defendant
337R Central Avenue
Lawrence, New York 11559
T: (516) 295-0707
F: (516) 295-0722

TO:   Hanan Kolko, Esq.
      Meyer, Suozzi, English & Klein, P.C.
      Attorney for Plaintiffs
      1350 Broadway, Suite 501
      New York, New York 10018

TO:    Ernest J. Collazo, Esq.
Collazo, Carling & Mish
747 Third Avenue
New York, NY 10017-2803
T: (212) 758-7600

Helen Sieger
Kingsbridge Heights Rehabilitation Care Center
3400-3426 Cannon Place
Bronx, New York 10463