UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT
FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK
PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW
YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU
GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE
1199/SEIU NEW YORK JOB SECURITY FUND and THE
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER
PARTICIPATION FUND,                                                         07 Civ. 9744 (DLC)

                                  Plaintiffs,

                                                          **NOTICE OF**
      -against-                                       **APPEARANCE**

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER,

                                  Defendant.
------------------------------------------------------------x

The undersigned hereby enters his appearance as counsel of record for the defendant in this matter, Kingsbridge Heigths Rehabilitation Care Center.

Dated: New York, New York
       June 24, 2008

                                                     COLLAZO CARLING & MISH LLP

                                                     By: _____
                                                         Ernest J. Collazo (EC8131)

                                                   747 Third Avenue
                                                   New York, NY 10017-2803
                                                   (212) 758-7600

                                                   E-mail: ejcollazo@ccmlaw.com
                                                   Fax: 212-758-7609