UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT
FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK
PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW
YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU
GREATER NEW YORKCHILD CARE FUND, TRUSTEES OF THE
1199/SEIU NEW YORK JOB SECURITY FUND and THE
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK
WORKER PARTICIPATION FUND,

INDEX NO.
07-CV-9744 (DLC)

Plaintiffs,

**STIPULATION
AND ORDER**

- against -

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

Defendant
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, between the

undersigned, that the firm of Collazo, Carling and Mish shall be, and hereby is, substituted as

counsel for defendant Kingsbridge Heights Rehabilitation Care Center in place of the firm of the

undersigned.

Withdrawing Attorney:

_____
Paul M. Sod (PS-9170)
337R Central Avenue
Lawrence, New York 11559
T: (516) 295-0707
F: (516) 295-0722

Superseding Attorney:

_____
Ernest J. Collazo    ( EC - 8131 )
Collazo, Carling & Mish
747 Third Avenue
New York, NY 10017-2803
T:  (212) 758-7600

SO ORDERED:

_____
The Honorable Denise Cote, U.S.D.J.

June 24, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED:  6/24/08

TO:    Hanan Kolko, Esq.
          Meyer, Suozzi, English & Klein, P.C.
          Attorney for Plaintiffs
          1350 Broadway, Suite 501
          New York, New York 10018

          Helen Sieger
          Kingsbridge Heights Rehabilitation Care Center
          3400-3426 Cannon Place
          Bronx, New York 10463