## MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE 518-465-2033

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE 631-777-6906

HANAN B. KOLKO
DIRECT DIAL: 212-763-7017
E-MAIL: HKOLKO@MSEK.COM

**MEMO ENDORSED**

June 25, 2008

*Via Hand Delivery*
Honorable Denise Cote
United State District Judge
Untied States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

RECEIVED
JUN 25 2008
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Re: Trustees of the 1199/SEIU Greater New York Benefit Fund v. Kingsbridge Heights Rehabilitation Care Center 07 CV 9744 (DLC) (THK)

Dear Judge Cote:

We represent plaintiffs in the above matter. During a June 25, 2008 telephone conference with Magistrate Judge Katz, we asked that defendant be required to post a bond to secure any judgment entered against it in this matter. The reasons for our request are set forth in our June 24, 2008 letter to Magistrate Judge Katz, a copy of which is attached. At the June 25th conference, Magistrate Judge Katz advised us that we should make this bond request to Your Honor because he had only been assigned to this case for settlement purposes.

In light of that, and for the reasons set out in the attached June 24, 2008 letter to Magistrate Judge Katz, we now ask Your Honor to require defendant to post a bond to secure any judgment issued against it in this case. We are available for an in person conference to address this at any time after 11:30 a.m. on June 27th. In addition, we are available for a telephone conference to address this after 5:15 p.m. on the afternoon of June 26th.

*Denied for failure to provide any legal authority for imposition of a pre-judgment bond.*

*Denise Cote*
*June 25, 2008*

Honorable Denise Cote
June 25, 2008
Page 2

    Thank you for your consideration of this matter.

                                            Respectfully submitted,

                                            Hanan B. Kolko

HBK:ptp

Attachment

Cc: Paul Sod (*Via e-mail w/enclosure*)
     Ernest Collazo (*Via e-mail w/enclosure*)

96043