*[handwritten initials]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT :
FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK
PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW :
YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU
GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE :
1199/SEIU GREATER NEW YORK JOB SECURITY FUND, and
THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK       :
WORKER PARTICIPATION FUND,

                              Plaintiffs,

    -against-

KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

07 Civ. 9744 (DLC)

**Notice of Application to Withdraw As Counsel**

       PLEASE TAKE NOTICE that, upon the affidavit of Ernest J. Collazo, sworn to on July 22, 2008 and the exhibit attached thereto, Collazo Carling & Mish LLP ("Firm"), attorneys for defendant Kingsbridge Heights Rehabilitation and Care Center ("Kingsbridge") in this matter, hereby moves this Court for an order pursuant to Rule 1.4 of the Local Civil Rules of Procedure for the Southern District of New York relieving said attorneys from representing Kingsbridge and allowing withdrawal from the instant case.

       PLEASE TAKE FURTHER NOTICE that Kingsbridge does not object to the instant application to withdraw as counsel. Collazo Carling & Mish requests permission for an ex-parte submission related to confidential information that forms the basis of the instant application.

*[handwritten note:]* Mr. Collazo may submit an ex parte affidavit in support of this application. *[signature]* Denise Cote
July 22, 2008

Dated: New York, New York
      July 22, 2008

                                        Respectfully submitted,

                                        COLLAZO CARLING & MISH LLP

                                        By: _____
                                              Ernest J. Collazo (EC8131)

                                        Attorneys for Defendant
                                        747 Third Avenue
                                        New York, NY 10017-2803
                                        (212) 758-7600

To:    Helen Sieger (via e-mail and regular mail)
        Hanan Kolko, Esq. (via e-mail)

