UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
TRUSTEES OF THE 1199/SEIU GREATER NEW      :
YORK BENEFIT FUND, TRUSTEES OF THE         :
1199/SEIU GREATER NEW YORK PENSION         :
FUND, TRUSTEES OF THE 1199/SEIU GREATER    :   07 Civ. 9744 (DLC)
NEW YORK EDUCATION FUND, TRUSTEES OF       :
THE 1199/SEIU GREATER NEW YORK CHILD       :   ORDER
CARE FUND, TRUSTEES OF THE 1199/SEIU       :
GREATER NEW YORK JOB SECURITY FUND, and    :
THE TRUSTEES OF THE 1199/SEIU GREATER      :
NEW YORK WORKER PARTICIPATION FUND,        :
                                           :
                           Plaintiffs,     :
                                           :
              -v-                          :
                                           :
KINGSBRIDGE HEIGHTS REHABILITATION CARE    :
CENTER,                                    :
                                           :
                           Defendant.      :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

DENISE COTE, District Judge:

   Ernest J. Collazo, the fourth attorney for the defendant Kingsbridge Heights Rehabilitation Care Center ("Kingsbridge") to file a notice of appearance in this action, advised his client on July 16, 2008, that he would be seeking leave to withdraw as counsel. The application to withdraw, filed on July 22, 2008, and supported by an ex parte submission of July 24, is now fully submitted.

   Corporations must be represented by an attorney in federal court. Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). Fact discovery in this action is scheduled to conclude today, July 25, although Mr. Collazo's ex parte submission indicates

that the parties have scheduled depositions for July 30 and 31. Any motion for summary judgment is due by August 15, 2008, which the parties were advised on April 9, July 1, and July 17, is a firm date. Accordingly, it is hereby,

ORDERED that Mr. Collazo's application to withdraw is granted, effective Tuesday, July 29, 2008.

IT IS FURTHER ORDERED that an attorney must file a notice of appearance for Kingsbridge by July 29, 2008, at 5:00 p.m. If no attorney files a notice of appearance on behalf of the defendant by that date, judgment against it will be entered by default.

IT IS FURTHER ORDERED that the parties may extend discovery on consent, provided that the August 15 date for the filing of any summary judgment motion remains firm.

IT IS FURTHER ORDERED that Mr. Collazo shall immediately provide Kingsbridge with all discovery materials, pleadings, and motion papers in this action, and a copy of this Order.

SO ORDERED:

Dated:   New York, New York
         July 25, 2008

_____
DENISE COTE
United States District Judge