STEVEN JOHNSON (SJ 7178)
KENNEDY JOHNSON GALLAGHER LLC
99 Wall Street – 15th Floor
New York, New York 10005
Tel: (212) 248-2220
Fax: (212) 248-0170

Attorneys for Defendant
Kingsbridge Heights Rehabilitation Care Center

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE 1199/SEIU GREATER NEW YORK BENEFIT FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK PENSION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK EDUCATION FUND, TRUSTEES OF THE 1199/SEIU GREATER NEW YORK CHILD CARE FUND, TRUSTEES OF THE 1199/SEIU NEW YORK JOB SECURITY FUND and THE TRUSTEES OF THE 1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND, | Index No. 07-CV-9744 |
| Plaintiffs, | NOTICE OF APPEARANCE |
| -against- | |
| KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER, | |
| Defendant. | |

-------------------------------------------------------------

PLEASE TAKE NOTICE, that the firm of Kennedy Johnson Gallagher LLC, by the undersigned attorneys, hereby appears in this action on behalf of defendant Kingsbridge Heights Rehabilitation Care Center, and respectfully demands that a copy of all pleadings, motions, correspondence, and other papers in this action be served upon the undersigned at the address

PCLAW9882

-2-

stated below. This appearance shall not constitute a waiver of any of defendant's rights and defenses, all of which are expressly reserved.

Dated: New York, New York  
       July 29, 2008

KENNEDY JOHNSON GALLAGHER, LLC

By: _____  
    Steven Johnson  
99 Wall Street – 15th Floor  
New York, New York 10005  
(212) 248-2220

TO:   Hanan Kolko, Esq.  
       Meyer, Suozzi, English & Klein, P.C.  
       1350 Broadway-Suite 501  
       New York, New York 10018  
       Attorneys for Plaintiffs