UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRUSTEES OF THE 1199/SEIU GREATER NEW    :
YORK BENEFIT FUND, TRUSTEES OF THE       :
1199/SEIU GREATER NEW YORK PENSION       :
FUND, TRUSTEES OF THE 1199/SEIU GREATER  :
NEW YORK EDUCATION FUND, TRUSTEES OF     :
THE 1199/SEIU GREATER NEW YORK CHILD     :
CARE FUND, TRUSTEES OF THE 1199/SEIU     :
GREATER NEW YORK JOB SECURITY FUND, and  :
THE TRUSTEES OF THE 1199/SEIU GREATER    :
NEW YORK WORKER PARTICIPATION FUND,      :
                                         :
                        Plaintiffs,      :
                                         :
              -v-                        :
                                         :
KINGSBRIDGE HEIGHTS REHABILITATION CARE  :
CENTER,                                  :
                                         :
                        Defendant.       :
----------------------------------------X

07 Civ. 9744 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

DENISE COTE, District Judge:

    For the reasons stated on the record at a conference held
with counsel for both parties on July 28, 2008, it is hereby

    ORDERED that the defendant, along with new counsel, shall
comply with all outstanding discovery obligations, including
making initial disclosures and responding to outstanding
document requests and interrogatories, no later than August 1,
2008.  As stated in the Order of July 25, 2008, the parties may
extend discovery deadlines on consent, provided that the August

15 date for the filing of any summary judgment motion remains
firm.

SO ORDERED:

Dated:    New York, New York
          July 28, 2008

_____
          DENISE COTE
United States District Judge