# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

TRUSTEES OF THE 1199/SEIU GREATER
NEW YORK BENEFIT FUND, TRUSTEES OF
THE 1199/SEIU GREATER NEW YORK
PENSION FUND, TRUSTEES OF 1199/SEIU
GREATER NEW YORK EDUCATION FUND,
TRUSTEES OF THE 1199/SEIU GREATER
NEW YORK CHILD CARE FUND, TRUSTEES
OF THE 1199/SEIU JOB SECURITY FUND
and THE TRUSTEES OF THE 1199/SEIU
GREATER NEW YORK WORKER PARTICIPATION
FUND,

                    Plaintiffs,

          -against-                    Index No.

                                       07-CV-9744

KINGSBRIDGE HEIGHTS REHABILITATION

CARE CENTER,

                    Defendant.

----------------------------------------x


          DEPOSITION OF HELEN SIEGER

              August 6, 2008

                 2:55 P.M.

          American Reporting Co.
          Complete Litigation Support
           555 Fifth Ave. - 17th Fl
            New York, NY 10017
              (212) 349-1774

*Helen Sieger*

1

2       A.      Approximately 13 years.

3       Q.      What are your duties at

4   Kingsbridge?

5       A.      As an operator, I have many

6   duties.

7       Q.      Can you briefly describe them for

8   me, please?

9       A.      Ultimately I am responsible to

10  overseeing all the departments and all the

11  department heads.

12      Q.      You've heard of 1199, right?

13      A.      I have.

14      Q.      Is that the union that represents

15  some of the employees at Kingsbridge; right?

16      A.      Yes.

17      Q.      And it's true, isn't it, that up

18  through April 30, 2005 Kingsbridge had a

19  collective bargaining agreement with 1199?

20      A.      Yes.

21      Q.      And it had a collective

22  bargaining agreement with 1199 for a number

23  of years before then; right?

24      A.      Yes.

25      Q.      And before that for a number of

*Helen Sieger*

1
2    years it had a collective bargaining
3    agreement with the union called Local 144;
4    right?
5         A.    Yes.
6         Q.    And it's true, isn't it, that for
7    many years Kingsbridge, pursuant to those
8    collective bargaining agreements, made
9    contributions to the 1199 fringe benefit
10   funds; right?
11        A.    Yes.
12        Q.    During the period October 1, 2006
13   through the present, what role, if any, did
14   you have in making payments to the 1199
15   fringe benefit fund?
16        A.    I signed the checks.
17        Q.    Other than signing the checks,
18   what other role did you have?
19             MR. JOHNSON:  Objection.
20        A.    The check would be prepared and
21   brought to me to be signed.
22        Q.    Who prepared the checks?
23        A.    The bookkeepers.
24        Q.    Who were the bookkeepers?
25        A.    Depends what period we're talking

*AMERICAN REPORTING CO.   (212) 349-1774*

1                    *Helen Sieger*
2       A.    Yes.
3       Q.    Have you seen this document
4  before today?
5       A.    I've seen the document before
6  today for about one minute.
7       Q.    Do you remember that there were
8  hearings before Judge Fish that led up to
9  this decision?
10      A.    Yes.
11      Q.    You recall there was a hearing in
12  January of 2008 and that you were there?
13      A.    Yes.
14      Q.    And do you recall being present
15  at a hearing in May of 2008?
16      A.    Yes.
17      Q.    And would you agree with me that
18  this case -- when I say this case, I mean
19  the case addressed in Deposition Exhibit 1,
20  arose out of an unfair labor practice charge
21  that 1199 filed against Kingsbridge?
22      A.    It arose out of charges that 1199
23  filed against Kingsbridge.
24      Q.    And I'm correct, aren't I, that
25  those charges alleged that Kingsbridge

Helen Sieger

1
2    didn't make certain fringe benefit
3    contributions; right?
4        A.    Those were the charges.
5        Q.    If you could please take a moment
6    and turn to page 10 of the decision, please.
7        A.    Yes.
8        Q.    And in particular, if you would
9    direct your attention to the third paragraph
10   from the top that begins on line 10 and read
11   that to yourself, please?
12       A.    Yes.
13       Q.    This -- these two sentences say
14   that Kingsbridge has not made any payment to
15   the funds for June of 2007 or any subsequent
16   period, that the last payments which were
17   made on August 8, 2007, covered the month of
18   May, 2007.
19            Would you agree with the
20   conclusion that Judge Fish reached that
21   Kingsbridge has made no contributions to the
22   fringe benefit funds for any month after May
23   of 2007?
24       A.    No, I disagree then and I
25   disagree now.

*Helen Sieger*

1

2    witness whatever you communicated with

3    Joel you don't testify about.

4        A.    My communication was not with the

5    benefit fund.  It was only through my

6    attorney.

7        Q.    To your knowledge, did Mr. Cohen

8    advise the union that in fact those payments

9    had been made?

10        MR. JOHNSON:  Again, I will

11    caution you not to disclose

12    communications that you had with

13    Mr. Cohen.

14        MR. KOLKO:  I only want to know

15    what Cohen said to the union.

16        MR. JOHNSON:  To the extent you

17    are aware what Mr. Cohen said to the

18    union, you can testify.

19        A.    I don't know what Mr. Cohen did

20    afterwards and I can't recall right now what

21    he said he did, but I have to assume that he

22    called you or somebody.

23        Q.    But you simply don't know what he

24    did as a follow-up?

25        A.    I don't, or I don't recall right

*AMERICAN REPORTING CO.   (212) 349-1774*

*Helen Sieger*

1

2    Q.    Miss Sieger, I am going to quote

3    from, starting at line four, quote:

4                "There is also an issue as to

5    whether certain payments were tendered by

6    Kingsbridge to the trust but refused and

7    were not cashed over a period of four

8    months..." and I'm going to stop there.

9                Have you had a chance to read

10   that?

11               MR. JOHNSON:  I got it.

12   A.    Yes.

13   Q.    Would you agree that the payments

14   were refused?

15   A.    I have no knowledge of what

16   happened to the payments.  The only thing

17   that I can testify to is that checks were

18   signed, the checks were sent out.  And when

19   we checked after the Judge Katz conference,

20   they were not cleared.  What happened I can

21   only assume what happened, but I don't think

22   you wants me to testify to that.

23   Q.    I don't want you to assume.

24   A.    Okay.

25   Q.    And you told me that at no time

                              *Helen Sieger*

1

2          A.     Yes.

3          Q.     Is that a January 3rd, 2008

4   letter?

5          A.     Yes.

6          Q.     And do you recall receiving it on

7   or around January 8 of 2008?

8          A.     I know that I saw that letter.  I

9   don't know when I saw it.  I believe that I

10  saw it much later than that.  I actually --

11  I believe that it was Mr. Calazzo that told

12  me about this.

13         Q.     Well, Mr. Calazzo entered an

14  appearance as an attorney in this matter on

15  June 24, 2008.  Does that sound right to

16  you?

17         A.     I don't know the exact date but

18  it sounds right.

19         Q.     Are you telling me then that

20  Mr. Calazzo told you about this letter at

21  some point after June 24 of 2008?

22         A.     Yeah.  He told me about your

23  request for an audit.

24         Q.     And he told you about this

25  letter?

*Helen Sieger*

1

2    A.    Not about this letter.

3    Q.    Okay.  Is this letter properly

4 addressed?

5    A.    Yes, it is.

6    Q.    And does Kingsbridge have trouble

7 getting Federal Express deliveries or

8 Express Mail deliveries?

9    A.    It does now.

10    Q.    Did it -- was it having trouble

11 receiving Express Mail deliveries in early

12 January of 2008?

13    A.    No.

14    Q.    So why wouldn't you have seen

15 this letter on or about January 3rd of 2008?

16        MR. JOHNSON:  Objection to form,

17    calls for speculating.

18    A.    Because on January 3rd of 2008 we

19 were working very diligently trying to get

20 coverage for the strike that we were told is

21 going to be happening.

22    Q.    Well, I'll represent to you that

23 a strike notice I believe was sent on

24 January 20, 2008.  What notice did you

25 receive before then that the strike was

*AMERICAN REPORTING CO.  (212) 349-1774*

Helen Sieger

1

2  Q.    For what period of time?

3  A.    I can't recall but it was

4  certainly in this period of time.    There

5  were just not enough hours in the day.

6  Q.    Give me an estimate for what

7  period all your mail and all your messages

8  were not dealt with?

9  A.    Oh, for a very extended period of

10  time.

11  Q.    What extended period?

12  A.    Probably from the time we started

13  preparing for the strike through the strike.

14  Q.    And when did you start preparing

15  for the strike?

16  A.    I would say it was in the

17  beginning of January, would have been about

18  this time.

19  Q.    Do you know whether Kingsbridge

20  made fringe benefit fund payments for

21  earnings that Kingsbridge employees had in

22  December of 2006?

23  A.    I had just found out that we did

24  not.    Actually, I don't even know if it was

25  made and not cleared or the payments were

Helen Sieger

1
2  not made.  I don't know, but we had just
3  found out, then we just checked that.
4       Q.    Do you know whether Kingsbridge
5  made payments to the benefit funds other
6  than the medical fund for earnings that
7  Kingsbridge employees had in November of
8  2006?
9       A.    The same answer.  I don't know
10 whether payments were made and not cleared,
11 or payments were never made.  And I will
12 tell you that that was the greater shock to
13 me, because there are -- there was no reason
14 for one check to be made without the other.
15      Q.    I'm going to hand you a six page
16 document that I would like to have marked as
17 Sieger deposition Exhibit 8, and I would ask
18 you to please look at this.
19           (Document headed: Report Date
20        7/30/08 marked Sieger Exhibit 8, for
21        identification, as of this date.)
22      Q.    And you have had a chance to
23 review Sieger Exhibit 8?
24      A.    Yes.
25      Q.    Just to make sure we are on the