## AFFIDAVIT SERVICE BY OVERNIGHT DELIVERY

STATE OF New York       }
                        }  ss.:
COUNTY OF New York      }

Paula T. Pinnock, being duly sworn, deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. I reside in Essex County, New Jersey.

4. On August 15, 2008, I served the foregoing **Plaintiffs' Brief In Support of Motion For Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts, Affidavit of Timothy Wells, Affidavit of Hanan B. Kolko and the Affidavit of Stanley Moskowitz,** by dispatching the same to said attorney by **UNITED PARCEL SERVICE**, an overnight delivery service which regularly accepts items for overnight delivery to any address in the state, via its Tracking No. 1ZFR29372210019279 copy attached, prior to the latest time designated by said overnight delivery service for overnight delivery, directed to said attorney at the address set forth, being the address designated by said attorney for that purpose.

Steven Johnson
Kennedy Johnson Gallagher LLC
99 Wall Street, 15th Floor
New York, NY  10005

_____
Paula T. Pinnock

**KAREN KOLESSAR**
Notary Public, State of New York
No. 01KO6160922
Qualified in Richmond County
Commission Expires Feb. 12, 20_11_

Sworn to before me this
18th day of August, 2008

_____
Notary Public

97281