# EXHIBIT 1

## SETTLEMENT

I.      Kingsbridge Heights Rehabilitation and Care Center, herein called
        Respondent, agrees to pay a total of $186,059.28, to the Pension, Education,
        Job Security, Worker Participation and Child Care funds of 1199, Service
        Employees International Union, United Healthcare Workers East, herein
        called the Union.

II.     Respondent agrees to pay $62,019.79, 30 days after the approval of this
        agreement. Thereafter, Respondent will make a second installment payment
        of $62,019.79, no later than on 60 days from the approval of the agreement,
        and a final installment payment of $62,019.79 no later than 90 days from the
        approval of the agreement, to satisfy the balance due.

III.    In addition to the contributions described above, Respondent will make timely
        monthly contributions to the Benefit, Pension, Education, Job Security,
        Worker Participation and Child Care funds, as they become due.

IV.     Respondent will notify employees that, pursuant to a settlement agreement
        with the NLRB, it will reimburse them for any out of pocket medical
        expenses, that would have been covered by the Union's Benefit fund, they
        may have incurred as a result of Respondent's failure to contribute to the
        Union's Benefit fund, and that it will also pay the employees the cost of any
        medical bills that would have been covered by the Union's Benefit fund, that
        are unpaid as a Result of Respondent's failure to contribute to the Union's
        Benefit fund. Respondent will reimburse employees for such expenses
        incurred from February 1, 2006, to April 30, 2006. Respondent will notify
        employees that they may submit their out of pocket expenses incurred either
        before January 31, 2006 or after May 1, 2006, directly to the Union's benefit
        fund.

V.      Respondent agrees to post a Notice To Employees, attached hereto.

_____                    _____  4/8/06
Kingsbridge Heights                        1199, SEIU, Healthcare Workers East
Rehabilitation Care Center


Approved by _____            _____
            Steven Fish, ALJ           Counsel for General Counsel

UNITED STATES GOVERNMENT

# NOTICE TO
# EMPLOYEES

POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY AN
ADMINSTRATIVE LAW JUDGE OF THE
NATIONAL LABOR RELATIONS BOARD

### FEDERAL LAW GIVES YOU THE RIGHT TO:

- Form, join or assist a union
- Choose representatives to bargain with us on your behalf
- Act together with other employees for your benefit and protection
- Choose not to engage in any of these protected activities

**WE WILL NOT** delay in making contributions or fail to make contributions to the **Benefit, Pension,** Education, Job Security, Worker Participation, or Child Care funds of 1199, Service Employees International Union, United Healthcare Workers East, herein called the Union.

**WE WILL NOT** in any similar way frustrate your exercise of any of the rights stated above.

**WE WILL** make all unpaid contributions to the Union's Benefit, Pension, Education, Job Security, Worker Participation and Child Care funds that were due or owing from June 10, 2005, until May 10, 2006, as set forth in Attachment A to the settlement Agreement and **WE WILL** reimburse you for any expenses ensuing from our failure to make the required contributions to the Union's funds.

**KINGSBRIDGE HEIGHTS REHABILITATION
AND CARE CENTER**

Dated:_____          By:_____

      The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. We conduct secret-ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below. You may also obtain information from the Board's website:

One Metrotech Center North                Telephone: (718)330-7727
Brooklyn, NY 11201-4201                    Hours:  9:00 AM to 5:30 PM

## THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE