# EXHIBIT A

Statement of Position
July 01, 2000 - February 29, 2008
As at August 15, 2008

| Greater New York Benefit Fund | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Due Date | Payroll Period | Wages | Rate | Due | Paid | Date | Principal | Interest-1 | Arrears |
| 6/10/2006 | 05/01/06-05/31/06 | 633,953.19 | 20.25% | 128,375.52 | 113,033.62 | 6/1/2006 | 15,341.90 | 3,988.89 | 26.0 |
| 7/10/2006 | 06/01/06-06/30/06 | 462,562.95 | 20.25% | 93,669.00 | 82,475.12 | 10/27/2006 | 11,193.88 | 2,798.47 | 25.0 |
| 8/10/2006 | 07/01/06-07/31/06 | 477,352.13 | 20.25% | 96,663.81 | 85,111.90 | 11/28/2006 | 11,551.91 | 2,772.46 | 24.0 |
| 9/10/2006 | 08/01/06-08/31/06 | 549,720.35 | 20.25% | 111,318.37 | 1,684.46 | 11/22/2006 | 109,633.91 | | |
| 9/10/2006 | additional payment | | | | 82,424.56 | 12/28/2006 | (82,424.56) | 6,258.15 | 23.0 |
| 10/10/2006 | 09/01/06-09/30/06 | 444,251.54 | 20.25% | 89,960.94 | 79,210.07 | 11/29/2006 | 10,750.87 | 2,365.19 | 22.0 |
| 11/10/2006 | EST. 10/06 | 462,280.00 | 20.25% | 93,611.70 | 82,424.56 | 12/20/2006 | 11,187.14 | 2,349.30 | 21.0 |
| 12/10/2006 | EST. 11/06 | 573,662.00 | 20.25% | 116,166.56 | 102,283.95 | 12/20/2006 | 13,882.61 | 2,776.52 | 20.0 |
| 1/10/2007 | EST. 12/06 | 602,345.00 | 20.25% | 121,974.86 | 76,410.19 | 8/14/2008 | 45,564.67 | 8,657.29 | 19.0 |
| 1/10/2007 | Grant Money | | | 344,610.00 | | | 344,610.00 | 65,475.90 | 19.0 |
| 2/10/2007 | EST. 01/07 | 602,345.00 | 20.75% | 124,986.59 | 97,374.15 | 3/30/2007 | 27,612.44 | 4,970.24 | 18.0 |
| 3/10/2007 | EST. 02/07 | 602,345.00 | 20.75% | 124,986.59 | 77,966.89 | 5/4/2007 | 47,019.70 | 7,993.35 | 17.0 |
| 4/10/2007 | EST. 03/07 | 602,345.00 | 20.75% | 124,986.59 | 77,755.85 | 6/28/2007 | 47,230.74 | 7,556.92 | 16.0 |
| 5/10/2007 | EST. 04/07 | 602,345.00 | 20.75% | 124,986.59 | 75,451.80 | 7/30/2007 | 49,534.79 | 7,430.22 | 15.0 |
| 6/10/2007 | EST. 05/07 | 602,345.00 | 20.75% | 124,986.59 | 95,241.45 | 8/9/2007 | 29,745.14 | 4,164.32 | 14.0 |
| 7/10/2007 | EST. 06/07 | 602,345.00 | 20.75% | 124,986.59 | 74,105.61 | 7/16/2008 | 50,880.98 | 6,614.53 | 13.0 |
| 8/10/2007 | EST. 07/07 | 602,345.00 | 20.75% | 124,986.59 | | | 124,986.59 | 14,998.39 | 12.0 |
| 9/10/2007 | EST. 08/07 | 602,345.00 | 20.75% | 124,986.59 | | | 124,986.59 | 13,748.52 | 11.0 |
| 10/10/2007 | EST. 09/07 | 602,345.00 | 20.75% | 124,986.59 | | | 124,986.59 | 12,498.66 | 10.0 |
| 11/10/2007 | EST. 10/07 | 602,345.00 | 20.75% | 124,986.59 | | | 124,986.59 | 11,248.79 | 9.0 |
| 12/10/2007 | EST. 11/07 | 602,345.00 | 20.75% | 124,986.59 | | | 124,986.59 | 9,998.93 | 8.0 |
| 1/10/2008 | EST. 12/07 | 602,345.00 | 20.75% | 124,986.59 | | | 124,986.59 | 8,749.06 | 7.0 |
| 2/10/2008 | EST. 01/08 | 602,345.00 | 21.00% | 126,492.45 | | | 126,492.45 | 7,589.55 | 6.0 |
| 3/10/2008 | EST. 02/08 | 602,345.00 | 21.00% | 126,492.45 | | | 126,492.45 | 6,324.62 | 5.0 |
| | Benefits terminated 11/05/07. | | | | | | | | |
| Total | | | | | | | 1,746,220.52 | 221,328.26 | |

| | | Benefit Fund Total: | 1,967,548.78 |
|---|---|---|---|

| Greater New York Pension Fund | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Due Date | Payroll Period | Wages | Rate | Due | Paid | Date | Principal | Interest-1 | Arrears |
| 6/10/2006 | 05/01/06-05/31/06 | 633,953.19 | 5.84% | 37,022.87 | 37,023.04 | 6/1/2006 | (0.17) | | |
| 7/10/2006 | 06/01/06-06/30/06 | 462,562.95 | 5.84% | 27,013.68 | 27,013.55 | 10/27/2006 | 0.13 | | |
| 8/10/2006 | 07/01/06-07/31/06 | 477,352.13 | 5.84% | 27,877.36 | 27,877.38 | 11/28/2006 | (0.02) | | |
| 9/10/2006 | 08/01/06-08/31/06 | 549,720.35 | 5.84% | 32,103.67 | 32,103.61 | 11/22/2006 | 0.06 | | |
| 10/10/2006 | 09/01/06-09/30/06 | 444,251.54 | 5.84% | 25,944.29 | 25,944.37 | 11/29/2006 | (0.08) | | |
| 11/10/2006 | EST. 10/06 | 462,280.00 | 5.84% | 26,997.15 | 26,996.99 | 12/28/2006 | 0.16 | | |
| 12/10/2006 | EST. 11/06 | 573,662.00 | 5.84% | 33,501.86 | 32,496.80 | 8/14/2008 | 1,005.06 | 201.01 | 20.0 |
| 1/10/2007 | EST. 12/06 | 602,345.00 | 5.84% | 35,176.95 | 25,027.12 | 8/14/2008 | 10,149.83 | 1,928.47 | 19.0 |
| 2/10/2007 | EST. 01/07 | 602,345.00 | 5.84% | 35,176.95 | 31,893.68 | 3/30/2007 | 3,283.27 | 590.99 | 18.0 |
| 3/10/2007 | EST. 02/07 | 602,345.00 | 5.84% | 35,176.95 | 25,536.93 | 5/4/2007 | 9,640.02 | 1,638.80 | 17.0 |
| 4/10/2007 | EST. 03/07 | 602,345.00 | 5.84% | 35,176.95 | 25,467.91 | 6/28/2007 | 9,709.04 | 1,553.45 | 16.0 |
| 5/10/2007 | EST. 04/07 | 602,345.00 | 5.84% | 35,176.95 | 24,713.22 | 7/30/2007 | 10,463.73 | 1,569.56 | 15.0 |
| 6/10/2007 | EST. 05/07 | 602,345.00 | 5.84% | 35,176.95 | 31,195.12 | 8/9/2007 | 3,981.83 | 557.46 | 14.0 |
| 7/10/2007 | EST. 06/07 D | 602,345.00 | 5.84% | 35,176.95 | 25,405.00 | 7/16/2008 | 9,771.95 | 1,270.35 | 13.0 |
| 8/10/2007 | EST. 07/07 D | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 4,221.23 | 12.0 |
| 9/10/2007 | EST. 08/07 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 3,869.46 | 11.0 |
| 10/10/2007 | EST. 09/07 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 3,517.69 | 10.0 |
| 11/10/2007 | EST. 10/07 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 3,165.93 | 9.0 |
| 12/10/2007 | EST. 11/07 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 2,814.16 | 8.0 |
| 1/10/2008 | EST. 12/07 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 2,462.39 | 7.0 |
| 2/10/2008 | EST. 01/08 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 2,110.62 | 6.0 |
| 3/10/2008 | EST. 02/08 | 602,345.00 | 5.84% | 35,176.95 | | | 35,176.95 | 1,758.85 | 5.0 |
| Total | | | | | | | 339,420.38 | 33,230.41 | |

| | | Pension Fund Total: | 372,650.79 |
|---|---|---|---|

Statement of Position
July 01, 2000 - February 29, 2008
As at August 15, 2008

| Due Date | Payroll Period | Wages | Rate | Due | Paid | Date | Principal | Interest-1 | Arrears |
|---|---|---|---|---|---|---|---|---|---|
| | | Greater New York Education Fund | | | | | | | |
| 5/10/2006 | Bal thru 04/30/06 | | | | | | (2,004.94) | | |
| 6/10/2006 | 05/01/06-05/31/06 | 633,953.19 | 0.50% | 3,169.77 | 3,169.93 | 6/1/2006 | (0.16) | | |
| 7/10/2006 | 06/01/06-06/30/06 | 462,562.95 | 0.50% | 2,312.81 | 2,312.49 | 10/27/2006 | 0.32 | | |
| 8/10/2006 | 07/01/06-07/31/06 | 477,352.13 | 0.50% | 2,386.76 | 2,386.46 | 11/22/2006 | 0.30 | | |
| 9/10/2006 | 08/01/06-08/31/06 | 549,720.35 | 0.50% | 2,748.60 | 2,748.62 | 11/22/2006 | (0.02) | | |
| 10/10/2006 | 09/01/06-09/30/06 | 444,251.54 | 0.50% | 2,221.26 | 2,220.92 | 11/29/2006 | 0.34 | | |
| 11/10/2006 | EST. 10/06 | 462,280.00 | 0.50% | 2,311.40 | 2,310.98 | 12/28/2006 | 0.42 | | |
| 12/10/2006 | EST. 11/06 | 573,662.00 | 0.50% | 2,868.31 | 2,782.15 | 8/14/2008 | 86.16 | | |
| 1/10/2007 | EST. 12/06 | 602,345.00 | 0.50% | 3,011.73 | 2,142.40 | 8/14/2008 | 869.33 | | |
| 2/10/2007 | EST. 01/07 | 602,345.00 | 0.50% | 3,011.73 | 2,730.52 | 3/30/2007 | 281.21 | | |
| 3/10/2007 | EST. 02/07 | 602,345.00 | 0.50% | 3,011.73 | 2,186.01 | 5/4/2007 | 825.72 | 9.97 | 17.0 |
| 4/10/2007 | EST. 03/07 | 602,345.00 | 0.50% | 3,011.73 | 2,180.17 | 6/28/2007 | 831.56 | 133.05 | 16.0 |
| 5/10/2007 | EST. 04/07 | 602,345.00 | 0.50% | 3,011.73 | 2,115.63 | 7/30/2007 | 896.10 | 134.41 | 15.0 |
| 6/10/2007 | EST. 05/07 | 602,345.00 | 0.50% | 3,011.73 | 2,670.76 | 8/9/2007 | 340.97 | 47.74 | 14.0 |
| 7/10/2007 | EST. 06/07 | 602,345.00 | 0.50% | 3,011.73 | 2,174.71 | 7/16/2008 | 837.02 | 108.81 | 13.0 |
| 8/10/2007 | EST. 07/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 361.41 | 12.0 |
| 9/10/2007 | EST. 08/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 331.29 | 11.0 |
| 10/10/2007 | EST. 09/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 301.17 | 10.0 |
| 11/10/2007 | EST. 10/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 271.06 | 9.0 |
| 12/10/2007 | EST. 11/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 240.94 | 8.0 |
| 1/10/2008 | EST. 12/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 210.82 | 7.0 |
| 2/10/2008 | EST. 01/08 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 180.70 | 6.0 |
| 3/10/2008 | EST. 02/08 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 150.59 | 5.0 |
| Total | | | | | | | 27,058.10 | 2,481.96 | |
| | | | | | | Education Fund Total: | | 29,540.05 | |

| Due Date | Payroll Period | Wages | Rate | Due | Paid | Date | Principal | Interest-1 | Arrears |
|---|---|---|---|---|---|---|---|---|---|
| | | Greater New York Child Care Fund | | | | | | | |
| 6/10/2006 | 05/01/06-05/31/06 | 633,953.19 | 0.50% | 3,169.77 | | | 3,169.77 | 824.14 | 26.0 |
| 7/10/2006 | 06/01/06-06/30/06 | 462,562.95 | 0.50% | 2,312.81 | 1,850.01 | 10/27/2006 | 462.80 | 115.70 | 25.0 |
| 8/10/2006 | 07/01/06-07/31/06 | 477,352.13 | 0.50% | 2,386.76 | 1,909.28 | 11/28/2006 | 477.48 | 114.60 | 24.0 |
| 9/10/2006 | 08/01/06-08/31/06 | 549,720.35 | 0.50% | 2,748.60 | 2,198.88 | 11/22/2006 | 549.72 | 126.44 | 23.0 |
| 10/10/2006 | 09/01/06-09/30/06 | 444,251.54 | 0.50% | 2,221.26 | 1,776.89 | 11/29/2006 | 444.37 | 97.76 | 22.0 |
| 11/10/2006 | EST. 10/06 | 462,280.00 | 0.50% | 2,311.40 | 1,848.91 | 12/28/2006 | 462.49 | 97.12 | 21.0 |
| 12/10/2006 | EST. 11/06 | 573,662.00 | 0.50% | 2,868.31 | 2,225.79 | 8/14/2008 | 642.52 | 128.50 | 20.0 |
| 1/10/2007 | EST. 12/06 | 602,345.00 | 0.50% | 3,011.73 | 1,714.08 | 8/14/2008 | 1,297.65 | 246.55 | 19.0 |
| 2/10/2007 | EST. 01/07 | 602,345.00 | 0.50% | 3,011.73 | 2,184.54 | 4/5/2007 | 827.19 | 148.89 | 18.0 |
| 3/10/2007 | EST. 02/07 | 602,345.00 | 0.50% | 3,011.73 | 1,748.90 | 5/4/2007 | 1,262.83 | 214.68 | 17.0 |
| 4/10/2007 | EST. 03/07 | 602,345.00 | 0.50% | 3,011.73 | 1,744.21 | 6/28/2007 | 1,267.52 | 202.80 | 16.0 |
| 5/10/2007 | EST. 04/07 | 602,345.00 | 0.50% | 3,011.73 | 1,692.55 | 7/30/2007 | 1,319.18 | 197.88 | 15.0 |
| 6/10/2007 | EST. 05/07 | 602,345.00 | 0.50% | 3,011.73 | 2,136.62 | 8/9/2007 | 875.11 | 122.51 | 14.0 |
| 7/10/2007 | EST. 06/07 | 602,345.00 | 0.50% | 3,011.73 | 1,739.99 | 7/16/2008 | 1,271.74 | 165.33 | 13.0 |
| 8/10/2007 | EST. 07/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 361.41 | 12.0 |
| 9/10/2007 | EST. 08/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 331.29 | 11.0 |
| 10/10/2007 | EST. 09/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 301.17 | 10.0 |
| 11/10/2007 | EST. 10/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 271.06 | 9.0 |
| 12/10/2007 | EST. 11/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 240.94 | 8.0 |
| 1/10/2008 | EST. 12/07 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 210.82 | 7.0 |
| 2/10/2008 | EST. 01/08 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 180.70 | 6.0 |
| 3/10/2008 | EST. 02/08 | 602,345.00 | 0.50% | 3,011.73 | | | 3,011.73 | 150.59 | 5.0 |
| Total | | | | | | | 38,424.14 | 4,850.88 | |
| | | | | | | Child Care Fund Totals: | | 43,275.01 | |

| Due Date | Payroll Period | Wages | Rate | Due | Paid | Date | Principal | Interest-1 | Arrears |
|---|---|---|---|---|---|---|---|---|---|
| | | Greater New York Job Security Fund | | | | | | | |
| 6/10/2006 | 05/01/06-05/31/06 | 633,953.19 | 0.25% | 1,584.88 | | | 1,584.88 | 412.07 | 26.0 |
| 7/10/2006 | 06/01/06-06/30/06 | 462,562.95 | 0.25% | 1,156.41 | 1,156.78 | 10/27/2006 | (0.37) | | |
| 8/10/2006 | 07/01/06-07/31/06 | 477,352.13 | 0.25% | 1,193.38 | 1,193.71 | 11/28/2006 | (0.33) | | |
| 9/10/2006 | 08/01/06-08/31/06 | 549,720.35 | 0.25% | 1,374.30 | 1,374.62 | 11/22/2006 | (0.32) | | |
| 10/10/2006 | 09/01/06-09/30/06 | 444,251.54 | 0.25% | 1,110.63 | 1,110.95 | 11/29/2006 | (0.32) | | |
| 11/10/2006 | EST. 10/06 | 462,280.00 | 0.25% | 1,155.70 | 1,156.02 | 12/28/2006 | (0.32) | | |
| 12/10/2006 | EST. 11/06 | 573,662.00 | 0.25% | 1,434.16 | 1,391.58 | 8/14/2008 | 42.58 | 8.52 | 20.0 |
| 1/10/2007 | EST. 12/06 | 602,345.00 | 0.25% | 1,505.86 | 1,071.73 | 8/14/2008 | 434.13 | 82.49 | 19.0 |
| 2/10/2007 | EST. 01/07 | 602,345.00 | 0.25% | 1,505.86 | 1,365.78 | 4/4/2007 | 140.08 | 25.21 | 18.0 |
| 3/10/2007 | EST. 02/07 | 602,345.00 | 0.25% | 1,505.86 | 1,093.52 | 5/4/2007 | 412.34 | 70.10 | 17.0 |
| 4/10/2007 | EST. 03/07 | 602,345.00 | 0.25% | 1,505.86 | 1,090.59 | 6/28/2007 | 415.27 | 66.44 | 16.0 |
| 5/10/2007 | EST. 04/07 | 602,345.00 | 0.25% | 1,505.86 | 1,058.27 | 7/30/2007 | 447.59 | 67.14 | 15.0 |
| 6/10/2007 | EST. 05/07 | 602,345.00 | 0.25% | 1,505.86 | 1,335.70 | 8/9/2007 | 170.16 | 23.82 | 14.0 |
| 7/10/2007 | EST. 06/07 | 602,345.00 | 0.25% | 1,505.86 | 1,087.94 | 7/16/2008 | 417.92 | 54.33 | 13.0 |
| 8/10/2007 | EST. 07/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 180.70 | 12.0 |
| 9/10/2007 | EST. 08/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 165.64 | 11.0 |
| 10/10/2007 | EST. 09/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 150.59 | 10.0 |
| 11/10/2007 | EST. 10/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 135.53 | 9.0 |
| 12/10/2007 | EST. 11/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 120.47 | 8.0 |
| 1/10/2008 | EST. 12/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 105.41 | 7.0 |
| 2/10/2008 | EST. 01/08 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 90.35 | 6.0 |
| 3/10/2008 | EST. 02/08 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 75.29 | 5.0 |
| Total | | | | | | | 16,110.20 | 1,834.10 | |

Job Security Fund Total: 17,944.31

| Due Date | Payroll Period | Wages | Rate | Due | Paid | Date | Principal | Interest-1 | Arrears |
|---|---|---|---|---|---|---|---|---|---|
| | | Greater New York Workers Participation Fund | | | | | | | |
| 6/10/2006 | 05/01/06-05/31/06 | 633,953.19 | 0.25% | 1,584.88 | | | 1,584.88 | 412.07 | 26.0 |
| 7/10/2006 | 06/01/06-06/30/06 | 462,562.95 | 0.25% | 1,156.41 | 1,156.78 | 10/27/2006 | (0.37) | | |
| 8/10/2006 | 07/01/06-07/31/06 | 477,352.13 | 0.25% | 1,193.38 | 1,193.71 | 11/28/2006 | (0.33) | | |
| 9/10/2006 | 08/01/06-08/31/06 | 549,720.35 | 0.25% | 1,374.30 | 1,374.62 | 11/22/2006 | (0.32) | | |
| 10/10/2006 | 09/01/06-09/30/06 | 444,251.54 | 0.25% | 1,110.63 | 1,110.95 | 11/29/2006 | (0.32) | | |
| 11/10/2006 | EST. 10/06 | 462,280.00 | 0.25% | 1,155.70 | 1,156.02 | 12/28/2006 | (0.32) | | |
| 12/10/2006 | EST. 11/06 | 573,662.00 | 0.25% | 1,434.16 | 1,391.58 | 8/14/2008 | 42.58 | 8.52 | 20.0 |
| 1/10/2007 | EST. 12/06 | 602,345.00 | 0.25% | 1,505.86 | 1,071.73 | 8/14/2008 | 434.13 | 82.49 | 19.0 |
| 2/10/2007 | EST. 01/07 | 602,345.00 | 0.25% | 1,505.86 | 1,365.78 | 4/23/2007 | 140.08 | 25.21 | 18.0 |
| 3/10/2007 | EST. 02/07 | 602,345.00 | 0.25% | 1,505.86 | 1,093.52 | 5/4/2007 | 412.34 | 70.10 | 17.0 |
| 4/10/2007 | EST. 03/07 | 602,345.00 | 0.25% | 1,505.86 | 1,090.59 | 6/28/2007 | 415.27 | 66.44 | 16.0 |
| 5/10/2007 | EST. 04/07 | 602,345.00 | 0.25% | 1,505.86 | 1,058.27 | 7/30/2007 | 447.59 | 67.14 | 15.0 |
| 6/10/2007 | EST. 05/07 | 602,345.00 | 0.25% | 1,505.86 | 1,335.70 | 8/9/2007 | 170.16 | 23.82 | 14.0 |
| 7/10/2007 | EST. 06/07 | 602,345.00 | 0.25% | 1,505.86 | 1,087.94 | 7/16/2008 | 417.92 | 54.33 | 13.0 |
| 8/10/2007 | EST. 07/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 180.70 | 12.0 |
| 9/10/2007 | EST. 08/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 165.64 | 11.0 |
| 10/10/2007 | EST. 09/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 150.59 | 10.0 |
| 11/10/2007 | EST. 10/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 135.53 | 9.0 |
| 12/10/2007 | EST. 11/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 120.47 | 8.0 |
| 1/10/2008 | EST. 12/07 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 105.41 | 7.0 |
| 2/10/2008 | EST. 01/08 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 90.35 | 6.0 |
| 3/10/2008 | EST. 02/08 | 602,345.00 | 0.25% | 1,505.86 | | | 1,505.86 | 75.29 | 5.0 |
| Total | | | | | | | 16,110.20 | 1,834.10 | |

| SUMMARY | |
|---|---|
| Principal Total: | 2,183,343.54 |
| Interest Total: | 265,559.72 |
| Grand Total: | 2,448,903.25 |

Workers Participation Fund To   17,944.31