USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
TRUSTEES OF THE 1199/SEIU GREATER NEW  :
YORK BENEFIT FUND, TRUSTEES OF THE     :
1199/SEIU GREATER NEW YORK PENSION     :
FUND, TRUSTEES OF THE 1199/SEIU GREATER :   07 Civ. 9744 (DLC)
NEW YORK EDUCATION FUND, TRUSTEES OF   :
THE 1199/SEIU GREATER NEW YORK CHILD   :        ORDER
CARE FUND, TRUSTEES OF THE 1199/SEIU   :
GREATER NEW YORK JOB SECURITY FUND, and :
THE TRUSTEES OF THE 1199/SEIU GREATER  :
NEW YORK WORKER PARTICIPATION FUND,    :
                                       :
                    Plaintiffs,        :
                                       :
          -v-                          :
                                       :
KINGSBRIDGE HEIGHTS REHABILITATION CARE :
CENTER,                                :
                                       :
                    Defendant.         :
-------------------------------------X

DENISE COTE, District Judge:

On September 2, 2009, plaintiffs provided a proposed judgment, but explained that the defendant may have an objection to the interest calculation.  The plaintiffs explained the basis for their calculation to the defendant on August 26.  Accordingly, it is hereby

ORDERED that any objection by the defendant to the interest

calculation in the proposed judgment must be filed by September 8, 2009.

    SO ORDERED:

Dated:    New York, New York
           September 3, 2009

                                      DENISE COTE
                            United States District Judge